PFE/DCG: OCT. 2023
GJ#6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| JAYDA SIMONÉ MIMS | ) |

## <u>INDICTMENT</u>

<u>COUNT ONE</u>: [18 U.S.C. § 922(a)(6)]

The Grand Jury charges that:

On or about the 2nd day of May 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**JAYDA SIMONÉ MIMS,**

in connection with the acquisition of a firearm, that is, a **Glock 9mm pistol**, from **Three Factors Unlimited, LLC, doing business as Wade's Jewelry and Pawn**, located at 3525 McFarland Blvd E #2419, Tuscaloosa, Alabama, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement and did knowingly furnish to an employee of **Three Factors Unlimited, LLC, doing business as Wade's Jewelry and Pawn**, which statement was intended to and likely to deceive the

employee as to a fact material to the lawfulness of such sale of the firearm to **MIMS**, under Chapter 44 of Title 18, United States Code, in that **MIMS** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating or representing that she was the actual buyer of the firearm indicated on the Form 4473, when, in fact, as she then knew, she was not the actual buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## NOTICE OF FORFEITURE
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(a)(6), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to a **Glock, Model 47, 9mm pistol bearing serial number BZLW740,**

**and any associated ammunition and magazines.**

A TRUE BILL

*/s/Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

                                 PRIM F. ESCALONA
                                 United States Attorney

                                 */s/Electronic Signature*

                                 _____
                                 DARIUS C. GREENE
                                 Assistant United States Attorney